THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 

 
 
 
Bruce Allen Roddey, Petitioner,
v.
State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from York County
 John C. Hayes, III, Circuit Court Judge

Memorandum Opinion No. 2011-MO-010
Submitted February 11, 2011  Filed March
 21, 2011  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Appellate
 Defender M. Celia Robinson, of South Carolina Commission on Indigent Defense,
 of Columbia, for Petitioner.
Attorney
 General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General
 Ashley McMahan, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  After careful consideration of the
 appendix and briefs, the writ of certiorari is
 DISMISSED
 AS IMPROVIDENTLY GRANTED.
 TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.